UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL NO. 06-216-FJP-DLD

WILBERT SHELTON, JR.


## RULING

This matter is before the Court to determine whether the defendant is entitled to a two level reduction on the cocaine base retroactive amendment.  After reviewing the record, the Court finds that the defendant's motion to reduce sentence is denied.

The defendant was convicted of an offense that carries a ten year mandatory minimum.  The defendant was originally sentenced to a term of imprisonment of 120 months, the statutory minimum.  The defendant was not sentenced under the Safety Valve, 18 U.S.C. § 3553(f).  However, the defendant did receive a reduction in sentence pursuant to USSG § 5K1.1.  Since the mandatory minimum of ten years applies in this case, the defendant is not entitled to a two level reduction under the cocaine base retroactive amendment.

IT IS SO ORDERED.

Baton Rouge, Louisiana, November 12, 2009.


_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA


Doc#46447