# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WILBERT SHELTON, JR. | ) | Case No: 3:06-CR-00216-001 |
| | ) | USM No: 004697-095 |
| Date of Previous Judgment: November 7, 2007 | ) | Rebecca Hudsmith |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [ ] the defendant [ ] the Director of the Bureau of Prisons  X  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[X]  DENIED.  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 33          Amended Offense Level: ____
Criminal History Category: III      Criminal History Category: ____
Previous Guideline Range: 160 to 210 months    Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

Other (explain): The defendant was convicted of an offense that carries a ten year mandatory minimum. The defendant was originally sentenced to a term of imprisonment of 120 months, the statutory minimum. The defendant was not sentenced under the Safety Valve, 18 U.S.C. § 3553(f). However, the defendant did receive a reduction in sentence pursuant to USSG § 5K1.1. Since the mandatory minimum of ten years applies in this case and the defendant was found guilty of possessing 24.156 kilograms of cocaine base, the defendant is not entitled to a two level reduction under the cocaine base retroactive amendment.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   11/07/2007   shall remain in effect.

**IT IS SO ORDERED**.

Order Date: October 14, 2009

                                                      /s/ Frank J. Polozola
                                                      Judge's signature

Effective Date: November 12, 2009          Frank J. Polozola, U.S. District Judge
        (if different from order date)             Printed name and title

Any motion for reconsideration must be filed within ten (10) days of the date this order is filed in the court. Any additional documentation and supplemental memorandum in support of the motion for reconsideration must be filed within forty-five (45) days of the motion for reconsideration.