UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

WILBERT SHELTON, JR.

CRIMINAL NO. 06-216-FJP-DLD
(CV 09-903-FJP-DLD)

## ORDER REGARDING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

The court has considered the appellant's application for leave to proceed in forma pauperis on appeal, the certified trust fund account statement or institutional equivalent, and all consents and other documents required by the agency having custody of the appellant to withdraw funds from the account.

The application for leave to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915 is DENIED for the following reason:

> Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), for the reasons set forth in the court's May 26, 2010 ruling, the court certifies that the appeal is not taken in good faith.
>
> Baton Rouge, Louisiana, August 5, 2010.

FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE