UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

WILBERT SHELTON, JR.

CRIMINAL NO. 06-216-FJP-DLD
(CV 09-903-FJP-DLD)

### CERTIFICATE OF APPEALABILITY

A Notice of Appeal having been filed in the above captioned case in which detention complained of arises out of process issued by a State court, or the final order in a proceeding under § 2255, the court having considered the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b), Federal Rules of Appellate Procedure, hereby finds that:

_____   a substantial showing of the denial of a constitutional right on the issue(s) stated below has been made, petitioner's motion for certificate of appealability is **GRANTED**.

ISSUE(S):

✓   a substantial showing of the denial of a constitutional right has not been made, petitioner's motion for certificate of appealability is **DENIED** for the reasons set forth in the court's ruling.

Baton Rouge, Louisiana, August __5__, 2010.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE